UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAUDIA COLON, ) | |
| ) | Notice of Removal from the Circuit Court |
| Plaintiff ) | of Cook County, Illinois |
| v. ) | |
| ) | Case No.: 2022 L 007754 |
| RELIABLE DOOR AND DOCK, INC. ) | |
| ) | |
| Defendant ) | |

## DEFENDANT RELIABLE DOOR AND DOCK, INC.'S NOTICE OF REMOVAL

Pursuant to *Title 28 U.S.C. §1441, et seq. and 28 U.S.C. § 1332,* Defendant, RELIABLE DOOR AND DOCK, INC., ("Reliable Door") by and through its attorneys, hereby gives notice of the removal of the above captioned action from the Circuit Court of Cook County, Illinois, Case No.: 2022 L 007754, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1. This action is being removed to federal court based upon the diversity of citizenship of the parties to this cause, and the existence of the requisite amount in controversy, as is more fully set forth below.

2. On or about August 29, 2022, Plaintiff Claudia Colon initiated a lawsuit by filing a Complaint, Case No. 2022 L 007754, in the Circuit Court of Cook County, Illinois. Plaintiff's Complaint names Reliable Door as the sole defendant. *A copy of Plaintiff's Complaint is attached hereto as **Exhibit** A; and a copy of the Cook Count Circuity Court's Docket Sheet for Case No. 2022 L 007754 is attached hereto as **Exhibit B**.*

3. Reliable Door was served with the Summons and Complaint through its registered agent on September 26, 2022. *A copy of the Notice of Service of Process is attached hereto as **Exhibit C**.*

4. This Notice of Removal is filed within thirty (30) days of service of process on Reliable Door.

**DIVERSITY JURISDICTION**

5. The United States District Court for the Northern District of Illinois has jurisdiction over the above captioned lawsuit pursuant to *28 U.S.C. §1332* and *28 U.S.C. §1441* based on the diversity of citizenship of the parties.

6. Plaintiff Claudia Colon is and was at the time this lawsuit was commenced, a citizen of the State of Illinois.

7. Defendant Reliable Door is and was at the time this action was commenced, a citizen of the State of Wisconsin. Reliable Door is a corporation organized and formed under the laws of the State of Wisconsin. Reliable Door's principal place of business is located in Jackson, Wisconsin.

8. Plaintiff is a citizen of Illinois, Defendant Reliable Door is a citizen of Wisconsin and has its principal place of business in Wisconsin, therefore the diversity requirement of *28 U.S.C. § 1332(a)(1)* is satisfied.

**AMOUNT IN CONTROVERSEY EXCEEDS $75,000.00**

9. Plaintiff's Complaint alleges that Plaintiff's employer, Ferrara Snacks LLC retained Defendant Reliable Door to repair a loading dock door at its factory. (Ex. A, Compl., ¶ 3).

10. Plaintiff's Complaint alleges that Reliable Door attempted to repair the said loading dock door and returned it to service. (Ex. A, Compl., ¶ 5).

11. Plaintiff's Complaint alleges that Plaintiff was seriously injured when the repairs to the said loading dock door failed, causing the door to fall onto her. (Ex. A, Compl., ¶ 6).

12. Plaintiff's Complaint alleges "Plaintiff Claudia Colon was then and there injured and suffered disability or loss of normal life, disfigurement, pain and suffering, medical expenses, lost wages, damages to her personal property, and other losses, and may continue to suffer such damages in the future." (Ex. A, Compl., ¶ 10)

13. According to Plaintiff's Complaint, she seeks damages in excess of the law division jurisdictional amount (which is $50,000). (Ex. A, Compl., p.3)

14. According to the Supreme Court Rule 222 Affidavit signed by Plaintiff's attorney under oath and filed with Plaintiff's Complaint, the amount of damages sought in this action by Plaintiff exceeds $50,000.00. *A copy of the Supreme Court Rule 222 Affidavit is attached hereto as **Exhibit D**.*

15. Plaintiff has not provided exhaustive information about the amount of damages she has incurred, but it is Defendant's good faith belief that the amount of damages incurred by Plaintiff, places the amount in controversy in excess of $75,000.00, exclusive of interest and costs.

16. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different states; therefore, Defendant Reliable Door is entitled to remove said cause from the Circuit Court of Cook County, Illinois, to the United State District Court for the Northern District of Illinois, Eastern Division, based on this Court's diversity jurisdiction.

17. This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to *28 U.S.C. §1441(a)*.

## **SERVICE AND FILING OF THIS NOTICE OF REMOVAL**

18. Reliable Door is serving a copy of this Notice of Removal on Plaintiff's counsel. Reliable Door is also filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, on October, 24, 2022, promptly after the filing of this Notice of Removal.

19. In accordance with *28 U.S.C. §1447(b),* there are attached to this Notice of Removal true and accurate copies of all pleadings and process served upon the Defendant by the Plaintiff in this cause.

WHEREFORE, Defendant, RELIABLE DOOR AND DOCK, INC., hereby removes the above-described state court proceeding into and under the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division, and requests such other relief as the Court deems just and proper.

Dated: October 25, 2022

                Respectfully submitted,

                /s/ Steven M. Shear
                Steven M. Shear #6275905
                JOHNSON & BELL, LTD.
                33 West Monroe Street, Suite 2700
                Chicago, Illinois 60603
                Telephone: (312) 372-0770
                shears@jbltd.com
                *Attorneys for Defendant Webb & Gerritsen, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, **Defendant, RELIABLE DOOR AND DOCK, INC.'s Notice of Removal** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and via electronic mail via odyssey efileIL. Parties may access this filing through the Court's CM/ECF System.

JOHNSON & BELL, LTD.

By: /s/Lizette Ochoa

Steven M. Shear #6275905
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
shears@jbltd.com
Attorneys for Defendant Reliable Door and Dock, Inc.