# Ex. A

FILED
8/29/2022 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007754
Calendar, F
19264761

FILED DATE: 8/29/2022 12:00 AM    2022L007754

# IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
## DUPAGE COUNTY, ILLINOIS

| | |
|---|---|
| CLAUDIA COLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2022L007754 |
| | ) |
| RELIABLE DOOR AND DOCK, INC., | ) |
| | ) Plaintiff demands trial by jury of 12. |
| Defendant. | ) |

## **COMPLAINT AT LAW**

Plaintiff Claudia Colon, by her attorneys, Spencer Law Offices, P.C., complains of Defendant Reliable Door and Dock, Inc. as follows:

### **Count I – Construction Negligence**

1. At all relevant times, Defendant Reliable Door and Dock, Inc. was and still is a foreign corporation organized under the laws of Wisconsin and licensed to conduct business in Illinois.

2. On September 1, 2020, Ferrara Snacks LLC owned and operated a factory located at 2945 West 31st Street in Chicago, Illinois.

3. On or prior to September 1, 2020, Ferrara Snacks LLC retained Defendant Reliable Door and Dock, Inc. to repair a loading dock door at the said factory.

4. At that time and place, Plaintiff Claudia Colon was an employee of Defendant Ferrara Snacks LLC and was acting in the course and scope of her employment.

5. At that time and place, Defendant Reliable Door and Dock, Inc., by its employees, agents, and apparent agents, attempted to repair the said loading dock door and returned it to service.

1

6. At that time and place, Plaintiff Claudia Colon was seriously injured when the repairs to the said loading dock door failed, causing the door to fall onto her.

7. At that time and place, Defendant Reliable Door and Dock, Inc. retained control over the safety of the work, including all trade work in, at, around, near, or pertaining to the said repair.

8. At that time and place, Defendant Reliable Door and Dock, Inc. had a duty to exercise ordinary care in retaining control over the safety of the said work in order to avoid injuries to users of the said door, including Plaintiff Claudia Colon.

9. At that time and place, Defendant Reliable Door and Dock, Inc., by its employees, agents, and apparent agents, was guilty of one or more of the following acts and/or omissions:

   a. Returned to service an unsafe loading dock door;

   b. Failed to barricade off the loading dock door;

   c. Failed to warn of the loading dock door's unsafe condition;

   d. Failed to properly schedule or plan the work such that the Plaintiff was at or near the said door; and

   e. Failed to properly supervise, coordinate, inspect, manage, control, and schedule the work.

10. As a direct and proximate result of one or more of the said wrongful acts and/or omissions of Defendant Defendant Reliable Door and Dock, Inc., Plaintiff Claudia Colon was then and there injured and suffered disability or loss of normal life, disfigurement, pain and suffering, medical expenses, lost wages, damages to her personal property, and other losses, and may continue to suffer such damages in the future.

2

FILED DATE: 8/29/2022 12:00 AM 2022L007754

Wherefore, Plaintiff Claudia Colon asks judgment in her favor and against Defendant Reliable Door and Dock, Inc. for a sum in excess of the law division jurisdictional amount plus costs of this action.

                     /s/ Brian J. Spencer

Brian J. Spencer
Abigail C. Rubeor
Spencer Law Offices, P.C.
33 North Dearborn Street
Suite 1506
Chicago, Illinois 60602
312-667-0255
312-667-0256 fax
brian@bspencerlaw.com
abby@bspencerlaw.com
#45584